# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:17–cv–00671–BRO–FFM

| | |
|---|---|
| Anthony Delarosa v. State Street Corporation, et al | Date Filed: 01/27/2017 |
| Assigned to: Judge Beverly Reid O'Connell | Date Terminated: 06/21/2017 |
| Referred to: Magistrate Judge Frederick F. Mumm | Jury Demand: Plaintiff |
| Cause: 15:78m(a) Securities Exchange Act | Nature of Suit: 850 Securities/Commodities |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Delorosa**  represented by  **Laurence M Rosen**
*Individually and on behalf of all others* The Rosen Law Firm PA
*similarly situated* 355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*ATTORNEY TO BE NOTICED*


V.

**Movant**

**Marlene Konkoly**  represented by  **Laurence M Rosen**
The Rosen Law Firm PA
355 South Grand Avenue Suite 2450
Los Angeles, CA 90071
213–785–2610
Fax: 213–226–4684
Email: lrosen@rosenlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Stern**
The Rosen Law Firm PA
275 Madison Avenue 34th Floor
New York, NY 10016
212–686–1060
Fax: 212–202–3827
Email: jstern@rosenlegal.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State Street Corporation**  represented by  **Daniel W Halston**
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street

Boston, MA 02109  
617−526−6000  
Fax: 617−526−5000  
Email: daniel.halston@wilmerhale.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Katie Moran**  
Wilmer Cutler Pickering Hale and Dorr LLP  
350 South Grand Avenue Suite 2100  
Los Angeles, CA 90071  
213−443−5300  
Fax: 213−443−5400  
Email: katie.moran@wilmerhale.com  
*ATTORNEY TO BE NOTICED*

**Robert K Smith**  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  
617−526−6000  
Fax: 617−526−5000  
Email: robert.smith@wilmerhale.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**William H Paine**  
Wilmer Cutler Pickering Hale and Dorr LLP  
60 State Street  
Boston, MA 02109  
617−526−6000  
Fax: 617−526−5000  
Email: william.paine@wilmerhale.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph L. Hooley**  represented by  **Daniel W Halston**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Katie Moran**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

**Robert K Smith**  
(See above for address)  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**William H Paine**  
(See above for address)  
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward J. Resch**            represented by    **Daniel W Halston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H Paine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael W. Bell**            represented by    **Daniel W Halston**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Katie Moran**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert K Smith**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William H Paine**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2017 | Ï 1 | COMPLAINT Receipt No: 0973−19263166 – Fee: $400, filed by Plaintiff ANTHONY DELAROSA. (Attachments: # 1 PSLRA Certification) (Attorney Laurence M Rosen added to party ANTHONY DELAROSA(pty:pla))(Rosen, Laurence) (Entered: 01/27/2017) |
| 01/27/2017 | Ï 2 | CIVIL COVER SHEET filed by Plaintiff ANTHONY DELAROSA. (Rosen, Laurence) (Entered: 01/27/2017) |
| 01/27/2017 | Ï 3 | CERTIFICATE of Interested Parties filed by Plaintiff ANTHONY DELAROSA, (Rosen, Laurence) (Entered: 01/27/2017) |

| | | |
|---|---|---|
| 01/27/2017 | ¨ 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening) 1 filed by Plaintiff ANTHONY DELAROSA. (Rosen, Laurence) (Entered: 01/27/2017) |
| 01/30/2017 | ¨ 5 | NOTICE OF ASSIGNMENT to District Judge Beverly Reid OConnell and Magistrate Judge Frederick F. Mumm. (jtil) (Entered: 01/30/2017) |
| 01/30/2017 | ¨ 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 01/30/2017) |
| 01/31/2017 | ¨ 7 | STANDING ORDER REGARDING NEWLY ASSIGNED CASES upon filing of the complaint by Judge Beverly Reid O'Connell. (rfi) (Entered: 01/31/2017) |
| 01/31/2017 | ¨ 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening) 1 as to Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation. (jtil) (Entered: 01/31/2017) |
| 02/27/2017 | ¨ 9 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Anthony Delorosa. upon Edward J. Resch waiver sent by Plaintiff on 2/21/2017, answer due 4/24/2017. Waiver of Service signed by Robert Kingsley Smith. (Rosen, Laurence) (Entered: 02/27/2017) |
| 02/27/2017 | ¨ 10 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Anthony Delorosa. upon Joseph L. Hooley waiver sent by Plaintiff on 2/21/2017, answer due 4/24/2017. Waiver of Service signed by Robert Kingsley Smith. (Rosen, Laurence) (Entered: 02/27/2017) |
| 02/27/2017 | ¨ 11 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Anthony Delorosa. upon Michael W. Bell waiver sent by Plaintiff on 2/21/2017, answer due 4/24/2017. Waiver of Service signed by Robert Kingsley Smith. (Rosen, Laurence) (Entered: 02/27/2017) |
| 02/27/2017 | ¨ 12 | WAIVER OF SERVICE Returned Executed filed by Plaintiff Anthony Delorosa. upon State Street Corporation waiver sent by Plaintiff on 2/21/2017, answer due 4/24/2017. Waiver of Service signed by Robert Kingsley Smith. (Rosen, Laurence) (Entered: 02/27/2017) |
| 02/27/2017 | ¨ 13 | NOTICE of Appearance filed by attorney Katie Moran on behalf of Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation (Attorney Katie Moran added to party Michael W. Bell(pty:dft), Attorney Katie Moran added to party Joseph L. Hooley(pty:dft), Attorney Katie Moran added to party Edward J. Resch(pty:dft), Attorney Katie Moran added to party State Street Corporation(pty:dft))(Moran, Katie) (Entered: 02/27/2017) |
| 02/27/2017 | ¨ 14 | STIPULATION to Continue DEADLINES ON MOTION TO TRANSFER AND EXTEND TIME TO RESPOND TO COMPLAINT from 04/22/2017 Re: Complaint (Attorney Civil Case Opening) 1 filed by Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation. (Attachments: # 1 Declaration in Support of Stipulation to Set Deadlines on Motion to Transfer and Extend Time to Respond to Complaint, # 2 Proposed Order Granting Stipulation to Set Deadlines on Motion to Transfer and Extend Time to Respond to Complaint)(Moran, Katie) (Entered: 02/27/2017) |
| 03/06/2017 | ¨ 15 | ORDER GRANTING STIPULATION TO SET DEADLINES ON MOTION TO TRANSFER AND EXTEND TIME TO RESPOND TO COMPLAINT 14 by Judge Beverly Reid O'Connell. (See document for details.) (lom) (Entered: 03/06/2017) |
| 03/21/2017 | ¨ 16 | APPLICATION of Non−Resident Attorney Daniel W. Halston to Appear Pro Hac Vice on behalf of Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−19551943) filed by defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation. (Attachments: # 1 Proposed Order) (Moran, Katie) (Entered: 03/21/2017) |
| 03/21/2017 | ¨ 17 | APPLICATION of Non−Resident Attorney Robert K. Smith to Appear Pro Hac Vice on behalf of Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation (Pro Hac Vice Fee − Fee Paid, Receipt No. 0973−19552254) filed b y defendants Michael W. Bell, |

| | | |
|---|---|---|
| | | Joseph L. Hooley, Edward J. Resch, State Street Corporation. (Attachments: # 1 Proposed Order) (Moran, Katie) (Entered: 03/21/2017) |
| 03/22/2017 | 18 | ORDER by Judge Beverly Reid O'Connell: The Application by Non–Resident Attorney Daniel W. Halston to Appear Pro Hac Vice 16 on behalf of defendants State Street Corporation, Joseph L. Hooley, Edward J. Resch and Michael W. Bell, designating Katie Moran as local counsel, is GRANTED. (cw) (Entered: 03/22/2017) |
| 03/22/2017 | 19 | ORDER by Judge Beverly Reid O'Connell: The Application by Non–Resident Attorney Robert K. Smith to Appear Pro Hac Vice 17 on behalf of defendants State Street Corporation, Joseph L. Hooley, Edward J. Resch and Michael W. Bell, designating Katie Moran as local counsel, is GRANTED. (cw) (Entered: 03/22/2017) |
| 03/23/2017 | 20 | APPLICATION of Non–Resident Attorney William H. Paine to Appear Pro Hac Vice on behalf of Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–19563737) filed by defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation. (Attachments: # 1 Proposed Order) (Moran, Katie) (Entered: 03/23/2017) |
| 03/28/2017 | 21 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HAC VICE by Judge Beverly Reid O'Connell: granting 20 Non–Resident Attorney William H Paine APPLICATION to Appear Pro Hac Vice on behalf of Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation, designating Katie Moran as local counsel. (jp) (Entered: 03/28/2017) |
| 03/28/2017 | 22 | NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* filed by movant Marlene Konkoly. Motion set for hearing on 5/1/2017 at 01:30 PM before Judge Beverly Reid O'Connell. (Attachments: # 1 Proposed Order) (Attorney Laurence M Rosen added to party Marlene Konkoly(pty:mov)) (Rosen, Laurence) (Entered: 03/28/2017) |
| 03/28/2017 | 23 | CERTIFICATE of Interested Parties filed by plaintiff Marlene Konkoly, identifying none to report. (Rosen, Laurence) (Entered: 03/28/2017) |
| 03/28/2017 | 24 | MEMORANDUM in Support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 22 filed by Movant Marlene Konkoly. (Rosen, Laurence) (Entered: 03/28/2017) |
| 03/28/2017 | 25 | DECLARATION of Laurence Rosen in support of NOTICE OF MOTION AND MOTION for Appointment of Counsel *and Appointment of Lead Plaintiff* 22 filed by Movant Marlene Konkoly. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Rosen, Laurence) (Entered: 03/28/2017) |
| 04/13/2017 | 26 | NOTICE of Non–Opposition filed by Movant Marlene Konkoly. (Rosen, Laurence) (Entered: 04/13/2017) |
| 04/21/2017 | 27 | NOTICE Waiver of Oral Argument filed by Movant Marlene Konkoly. (Rosen, Laurence) (Entered: 04/21/2017) |
| 04/28/2017 | 28 | APPLICATION of Non–Resident Attorney Jonathan Stern to Appear Pro Hac Vice on behalf of Movant Marlene Konkoly (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–19765449) filed by movant Marlene Konkoly. (Attachments: # 1 Proposed Order) (Ro sen, Laurence) (Entered: 04/28/2017) |
| 04/28/2017 | 29 | SCHEDULING NOTICE by Judge Beverly Reid O'Connell: Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7–15, the Court finds that the Motion of Marlene Konkoly for Appointment as Lead Plaintiff and Approval of Choice of Counsel 22 is appropriate for submission on the papers without oral argument. Accordingly, the hearing set on this motion for |

| | | |
|---|---|---|
| | | 5/1/2017 at 1:30 PM, is VACATED and taken off calendar. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY (Entered: 04/28/2017) |
| 04/28/2017 | 30 | TEXT ENTRY ORDER by Judge Beverly Reid O'Connell: The Motion of Marlene Konkoly for Appointment as Lead Plaintiff and Approval of Choice of Counsel 22 is GRANTED. Plaintiff counsel is ordered to submit a proposed Order no later than 5/5/2017. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (cw) TEXT ONLY ENTRY (Entered: 04/28/2017) |
| 05/02/2017 | 31 | ORDER by Judge Beverly Reid O'Connell: granting 28 Non−Resident Attorney Jonathan Stern's APPLICATION to Appear Pro Hac Vice on behalf of Plaintiff Marlene Konkoly, designating Laurence M. Rosen as local counsel. (cw) (Entered: 05/02/2017) |
| 05/03/2017 | 32 | ORDER APPOINTING LEAD PLAINTIFF AND LEAD COUNSEL by Judge Beverly Reid O'Connell that (1) Pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 USC 78u−4(a)(3)(B), Movant is appointed as Lead Plaintiff of the Class, as Movant has the largest financial interest in this litigation and otherwise satisfies the requirements of FRCP 23. (2) Movant's choice of counsel is approved, and accordingly, The Rosen Law Firm, P.A. is appointed as Lead Counsel. (3) Lead Counsel, after being appointed by the Court, shall manage the prosecution of this litigation. (jp) (Entered: 05/03/2017) |
| 05/15/2017 | 33 | NOTICE OF MOTION AND MOTION to Transfer Case to District of Massachusetts filed by Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation. Motion set for hearing on 6/26/2017 at 01:30 PM before Judge Beverly Reid O'Connell. (Attachments: # 1 Memorandum, # 2 Declaration of David C. Phelan, # 3 Declaration of Robert K. Smith, # 4 Exhibit A of Declaration of Robert K. Smith, # 5 Exhibit B of Declaration of Robert K. Smith, # 6 Exhibit C of Declaration of Robert K. Smith, # 7 Exhibit D of Declaration of Robert K. Smith, # 8 Exhibit E of Declaration of Robert K. Smith, # 9 Exhibit F of Declaration of Robert K. Smith, # 10 Exhibit G of Declaration of Robert K. Smith, # 11 Proposed Order) (Moran, Katie) (Entered: 05/15/2017) |
| 06/05/2017 | 34 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to District of Massachusetts 33 filed by Movant Marlene Konkoly. (Attachments: # 1 Declaration of Jonathan Stern, # 2 Exhibit 1)(Stern, Jonathan) (Entered: 06/05/2017) |
| 06/12/2017 | 35 | REPLY in Support of NOTICE OF MOTION AND MOTION to Transfer Case to District of Massachusetts 33 filed by Defendant State Street Corporation. (Moran, Katie) (Entered: 06/12/2017) |
| 06/12/2017 | 36 | CORPORATE DISCLOSURE STATEMENT *and Notice of Interested Parties Pursuant to Civil L.R. 7.1−1* filed by Defendants Michael W. Bell, Joseph L. Hooley, Edward J. Resch, State Street Corporation (Moran, Katie) (Entered: 06/12/2017) |
| 06/21/2017 | 37 | MINUTES (IN CHAMBERS) ORDER Re Defendants Motion to Transfer Venue 33 by Judge Beverly Reid O'Connell: The Court GRANTS Defendants' Motion toTransfer Venue to the District of Massachusetts. Accordingly, this action is TRANSFERRED to the District of Massachusetts for all further proceedings. The Court VACATES all pending dates set by this Court to permit the District of Massachusetts to set appropriate dates as it sees fit. The hearing currently scheduled for Monday, June 26, 2017 is hereby VACATED. (MD JS−6. Case Terminated.) Case transferred electronically. (jp) (Entered: 06/21/2017) |