## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DELAROSA, Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STATE STREET CORPORATION, JOSEPH L. HOOLEY, EDWARD J. RESCH, and MICHAEL W. BELL,<br><br>　　　Defendants. | **Case No: 1:17-cv-11155-NMG** |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

Lead Plaintiff Marlene Konkoly ("Konkoly") and Plaintiff Anthony Delarosa ("Delarosa" and with Konkoly, "Plaintiffs"), hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an order: (1) granting preliminary approval of the proposed Settlement, which provides for the payment of $4,900,000 in cash to resolve the securities class action against Defendants; (2) making a preliminary finding as to Class certification pursuant to Rules 23(a) and (b)(3) for purposes of effectuating the proposed Settlement; (3) directing that Class Members be given notice of the pendency and settlement of this action in the form and manner set forth in the Stipulation and Agreement of Settlement and the exhibits annexed thereto; (4) setting a hearing date for the Court to consider final approval of the proposed Settlement and related matters; and (5) setting a schedule of events to govern the remaining procedural aspects of the proposed Settlement.

In support of his motion, Plaintiffs rely on the Stipulation of Settlement and exhibits annexed thereto, the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Settlement, and the Declaration of Laurence M. Rosen submitted herewith, which are incorporated herein in their entirety, as well as the entire record in the Action.

Dated:  August 13, 2018                    **THE ROSEN LAW FIRM, P.A.**

By: /s/ Jonathan Stern
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
Joshua Baker, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

## 7.1(a)(2) CERTIFICATION

I hereby certify that counsel for Plaintiffs conferred in good faith with counsel for Defendants, and Defendants do not oppose the relief requested herein.

  /s/  Jonathan Stern

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 13, 2018.

/s/ Jonathan Stern