UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DELAROSA, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>STATE STREET CORPORATION, JOSEPH L. HOOLEY, EDWARD J. RESCH, and MICHAEL W. BELL,<br><br>　　Defendants. | Case No: 1:17-cv-11155-NMG |

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION IN SUPPORT OF CERTIFICATION OF SETTLMENT CLASS, FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to the Court's Preliminary Approval Order (Dkt. # 88), on April 17, 2019, at 3:00 p.m., or as soon thereafter as counsel may be heard, at the U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts 02210, Courtroom 4, 3rd Floor, Lead Plaintiff, through her Counsel, will move before the Honorable Nathaniel M. Gorton, United States District Judge, for certification of a settlement class, approval of the class action Settlement and the Plan of Allocation.

Lead Plaintiff's motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Lead Plaintiff's Motions for: (1) Final Approval of Settlement and Plan of Allocation; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Award to Lead Plaintiff, and the exhibits thereto; the amended Stipulation of Settlement filed October 31, 2018, and the exhibits thereto (Dkt. # 83-1); and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing.

A [Proposed] Final Order and Judgment is filed herewith.

Dated: March 14, 2019         **THE ROSEN LAW FIRM, P.A.**

By: /s/ Jonathan Stern_____
Laurence M. Rosen, Esq.
Jonathan Stern, Esq.
Joshua Baker, Esq.
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060
Email: lrosen@rosenlegal.com
Email: jstern@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

1

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 14, 2019.

Dated:  March 14, 2019                                                                  /s/ Jonathan Stern