UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANTHONY DELAROSA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE STREET CORPORATION, JOSEPH L. HOOLEY, EDWARD J. RESCH, and MICHAEL W. BELL,<br><br>Defendants. | Case No: 1:17-cv-11155-NMG |

[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARD TO LEAD PLAINTIFF

WHEREAS, the Court has granted final approval to the Settlement of the above-referenced class action;

WHEREAS, Lead Counsel has petitioned the Court for the award of attorneys' fees in compensation for the services provided to Lead Plaintiff and the Class along with reimbursement of expenses incurred in connection with the prosecution of this action, and an award to Lead Plaintiff, to be paid out of the Gross Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Amended Stipulation of Settlement, filed with the Court on October 31, 2018 (the "Stipulation") (Dkt. # 83-1); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and has heard the presentation made by Lead Counsel during the final approval hearing on April 17, 2019, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Lead Counsel is awarded eighteen percent (18%) of the Gross Settlement Fund, or $882,000 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel shall be reimbursed out of the Gross Settlement Fund in the amount of $36,468.45 for its expenses and costs. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, awards in similar cases, the contingent nature of the representation and the result obtained for the Class.

3. Lead Plaintiff Marlene Konkoly shall be awarded $2,000 for reimbursement for her lost time in connection with her prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Lead Plaintiff shall be paid in the manner and procedure provided for in the Stipulation.

Dated: June 4, 2019

SO ORDERED:

*Nathaniel M. Gorton*
HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 19, 2019.

Dated: April 19, 2019                                        /s/ Jonathan Stern